ALICE DUGAN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued February 28, 1940; decided March 15, 1940.

712

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Paxton Blair* of counsel), for appellant.

*Thomas A. Shaw* and *Edward J. Fanning* for respondent.

Judgments reversed and new trial granted, with costs to the appellant to abide the event on the ground that there was insufficient proof of negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.